#151732

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 07-19195
)
   Jamie Weiler ) Chapter 7
   Jennifer Weiler )
       Debtors ) Judge Morgenstern-Clarren

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3011 in the amount of $640.29, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| IRS<br>Insolvency Group 3<br>1240 E. 9th Street<br>Room 457<br>Cleveland, Ohio 44199 | 1B | $640.29 | $640.29 |

Dated: January 4, 2011

                              /s/ Sheldon Stein
                              Sheldon Stein, Trustee

cc: United States Truste